# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles St. John, LLC,                          :
                          Appellant              :
                                                 :
                  v.                             :
                                                 :
Matamoras Borough Council                        :
Zoning Hearing Board                             :
                                                 :
                  v.                             :
                                                 :
Pareshkumar Patel                                :          No. 347 C.D. 2023


**PER CURIAM**                    **O R D E R**


NOW, July 30, 2024, having considered Appellant's application for reargument, the application is DENIED.